FILED by __KS__ D.C.

Apr 14, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __22-20151-CR-ALTONAGA/TORRES__

18 U.S.C. § 1344
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 2
18 U.S.C. § 982(a)

UNITED STATES OF AMERICA

vs.

**OKECHUKWU KINGSLEY UDEBUIKE,**

    **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. PNC Bank was a financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation ("FDIC.")

2. NASA Federal Credit Union ("NASA FCU") was a financial institution, the accounts of which were insured by the ~~FDIC~~ National Credit Union Administration ("NCUA"). [handwritten correction]

3. Defendant **OKECHUKWU KINGSLEY UDEBUIKE** was a resident of Miami-Dade County, Florida.

## COUNTS 1–5
### Bank Fraud
### (18 U.S.C. § 1344)

1.  Paragraphs 1 through 3 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.  From on or about November 18, 2016, and continuing through September 8, 2017, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**OKECHUKWU KINGSLEY UDEBUIKE,**

did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to defraud a financial institution, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, relating to a material fact, in violation of Title 18, United States Code, Sections 1344(1) and (2), and 2.

### PURPOSE OF THE SCHEME AND ARTIFICE

3.  It was a purpose of the scheme and artifice for **OKECHUKWU KINGSLEY UDEBUIKE** and his accomplices to unlawfully enrich themselves by depositing, or causing the deposit of, false and fraudulent checks into bank accounts that had been opened in the names of other people and withdrawing or transferring funds from those accounts before the financial institutions discovered the fraud.

### THE SCHEME AND ARTIFICE

The manner and means by which the defendant sought to accomplish the purpose of the scheme and artifice included, among others, the following:

4. **OKECHUKWU KINGSLEY UDEBUIKE** and his accomplices unlawfully and without authorization obtained the personal identifying information ("PII") of actual people.

5. **OKECHUKWU KINGSLEY UDEBUIKE** and his accomplices opened bank accounts at financial institutions, including PNC Bank and NASA FCU, using the PII they had obtained.

6. **OKECHUKWU KINGSLEY UDEBUIKE** and his accomplices obtained checks that were written by third parties and made payable to payees other than those in whose name **UDEBUIKE** and his accomplices had opened accounts.

7. **OKECHUKWU KINGSLEY UDEBUIKE** and his accomplices altered the checks they obtained, or generated new checks by changing the name of the true payees.

8. **OKECHUKWU KINGSLEY UDEBUIKE** and his accomplices fraudulently endorsed the checks and deposited the altered or fraudulent checks into the bank accounts that they had opened at financial institutions.

9. **OKECHUKWU KINGSLEY UDEBUIKE** and his accomplices spent, transferred, or withdrew the funds from the accounts and used those funds for their own personal benefit.

## EXECUTION OF THE SCHEME AND ARTIFICE

10. On or about the dates specified below, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant, **OKECHUKWU KINGSLEY UDEBUIKE**, did execute, and attempt to execute, and cause the execution of, the above-described scheme and artifice to defraud, as more particularly described below:

| Count | Approximate Date | Execution |
|---|---|---|
| 1 | May 1, 2017 | Deposit of check number 1203047, in the approximate amount of $13,495, into an account ending in 1309, in the name of "R.B." at PNC Bank. |

3

| Count | Approximate Date | Execution |
|---|---|---|
| 2 | May 4, 2017 | Deposit of check number 1027, in the approximate amount of $4,930, into an account ending in 1309, in the name of "R.B.," at PNC Bank. |
| 3 | May 11, 2017 | Deposit of check number 102, in the approximate amount of $47,500, into an account ending in 9696, in the name of "S.H." at PNC Bank. |
| 4 | May 24, 2017 | Deposit of check number 127295, in the approximate amount of $24,037.50, into an account ending in 1309, in the name of "R.B." at PNC Bank. |
| 5 | August 7, 2017 | Deposit of check number 211, in the approximate amount of $4,500, into an account ending in 2543, in the name of "D.P." at NASA FCU. |

## COUNTS 6–8
## Money Laundering
## (18 U.S.C. § 1956(a)(1)(B)(i))

1. Paragraphs 1 through 3 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about the dates specified below, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant, **OKECHUKWU KINGSLEY UDEBUIKE,** did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, as set forth below:

| Count | Approximate Date | Execution |
|---|---|---|
| 6 | May 26, 2017 | Withdrawal in the approximate amount of $500 at a PNC Bank ATM, located at 9479 Sheridan Street, Cooper City, Florida. |
| 7 | May 30, 2017 | Withdrawal, in the approximate amount of $500 at a PNC Bank ATM, located at 2711 NW 187th Street, Aventura, Florida. |

4

| Count | Approximate Date | Execution |
|-------|------------------|-----------|
| 8 | June 16, 2017 | Withdrawal in the approximate amount of $500 at a PNC Bank ATM, located at 9479 Sheridan Street, Cooper City, Florida. |

It is further alleged that the specified unlawful activity is bank fraud, in violation of Title 18, United States Code, Sections 1344(1) and (2).

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

### COUNTS 9–11
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

1. Paragraphs 1 through 3 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about the dates specified below, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**OKECHUKWU KINGSLEY UDEBUIKE**,

during and in relation to a felony violation of Title 18, United States Code, Sections 1344(1) and (2), that is, knowingly, and with intent to defraud, executing, and attempting to execute, and causing the execution of, a scheme and artifice to defraud a financial institution, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, relating to a material fact, as alleged in Counts 1 through 5 of this Indictment, did knowingly, transfer, possess and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Approximate Date | Means of Identification |
|-------|------------------|-------------------------|
| 9 | May 4, 2017 | Name belonging to "S.H.," and checking account number, ending in 5486, issued in the name of "S.H." |
| 10 | May 4, 2017 | Name belonging to "R.B.," and debit card number, ending in 7541, issued in the name of "R.B." |
| 11 | May 11, 2017 | Name belonging to "G.P.," and checking account number, ending in 6370, belonging to "G.P." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.    The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **OKECHUKWU KINGSLEY UDEBUIKE**, has an interest.

2.    Upon conviction of a violation of Title 18, United States Code, Section 1344, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

3.    Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1) and (a)(2)(A), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
JONATHAN BAILYN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

OKECHUKWU KINGSLEY UDEBUIKE,

_____/
Defendant.

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☑ Miami      ☐ Key West     ☐ FTP
- ☐ FTL        ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take   5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)
   I   ☑ 0 to 5 days              ☐ Petty
   II  ☐ 6 to 10 days             ☐ Minor
   III ☐ 11 to 20 days            ☐ Misdemeanor
   IV  ☐ 21 to 60 days            ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                          Case No.

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                          Case No.

9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the                District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Jonathan Bailyn
Assistant United States Attorney
Court ID No.    A5502602

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Okechukwu Kingsley Udebuike

**Case No:**

Counts #: 1–5

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 6–8

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 9–11

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment Consecutive to Any Other Sentence of Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**