UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20151-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**OKECHUKWU KINGSLEY UDEBUIKE**,

    Defendant.
_____/

**ORDER STRIKING NOTICE OF UNAVAILABILITY**

**THIS CAUSE** came before the Court on Defendant, Okechukwu Kingsley Udebuike's Notice of Unavailability [ECF No. 18]. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize a notice of unavailability, and the Court is unwilling to undertake the responsibility of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. A blanket motion for continuance or extension of time and/or for protective order that does not refer to a specific deadline, hearing or a trial date is also inappropriate. Therefore, the Notice of Unavailability **[ECF No. 18]** is **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 1st day of June, 2022.

*Cecilia M. Altonaga*
_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record